**STATEMENT OF FACTS**

On or about September 9, 2013, members of Homeland Security Investigations (HSI) and Washington, DC, Metropolitan Police Department Narcotics and Special Investigations Division (NSID) conducted a controlled delivery of an international parcel which was seized by U.S. Customs at the FedEx hub in Memphis, Tennessee. The parcel was addressed to "Karmin PATEL" at xxx xxxxxxxxxx xxxxxx, Northeast, Washington, DC 20002. When agents intercepted the package it was found to contain four wheels, one which agents discovered contained a tan, powdery substance that field-tested positive for the presence of heroin. An HSI agent, acting in an undercover capacity, delivered the package to the Tennessee Ave. address. The package was initially refused by one occupant of the residence and later accepted by the defendant, Roland Brown.

A short time later, HSI and MPD officers executed a search warrant at the above-mentioned Tennessee Ave. address. During the search of the residence, the package was found, concealed beneath a cloth covering a hallway table. The defendant was detained and during questioning, he initially stated that he had no knowledge of the package, but later admitted that he had accepted and signed for the package. The defendant also stated he had no knowledge of what was inside the package, but later stated that he was covering for his stepson because he knew he had been hustling (selling dope) a lot.

The target package delivered by the undercover agent contained approximately 120 grams of a substance that field-tested positive for heroin. The total weight of the heroin originally concealed within the international parcel at the time of seizure is approximately 240 grams. The street value for the redistribution of this quantity of heroin is approximately $28,800 to $33,600. This amount of heroin is not consistent with personal use quantities and based on the total value this amount is not likely to be trusted to an individual not involved in the conspiracy. The defendant was placed under arrest.

_____
SPECIAL AGENT THOMAS FOWLER
HOMELAND SECURITY INVESTIGATIONS

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF SEPTEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE